UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62204-CIV-DIMITROULEAS

ROTHSCHILD BROADCAST DISTRIBUTION
SYSTEMS. LLC,

    Plaintiff,

vs.

PARADISO SOLUTIONS, LLC,

    Defendant.
_____/

### ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH RULE 4(M) OF THE FEDERAL RULES OF CIVIL PROCEDURE

THIS CAUSE is before the Court *sua sponte*.

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve the summons and complaint on the defendant within 90 days after filing the complaint. Plaintiff filed a Complaint on October 25, 2021, yet there is no indication Defendant has been served.

Accordingly, it is **ORDERED AND ADJUDGED** that on or before **February 2, 2022**, Plaintiff shall either perfect service upon Defendant, show that service has already been made, or show good cause why service has not been perfected. Failure to timely respond will result in immediate dismissal of this action without prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of January, 2022.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record