**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CIVIL ACTION NO. 21-62204-CIV-DIMITROULEAS**

**ROTHSCHILD BROADCAST**
**DISTRIBUTION SYSTEMS, LLC,**

        **Plaintiff,**

  **v.**

**PARADISO SOLULTIONS, LLC,**


        **Defendant.**

---

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff, Rothschild Broadcast Distribution Systems, LLC, by and through the undersigned counsel, hereby files its Response to Order to Show Cause dated January 26, 2022 [D.E.6] and states as follows:

1. On October 25, 2021, Plaintiff filed the instant lawsuit for patent infringement, along with a copy of the Summons to be issued by the Clerk of Court. [D.E.1]

2. For reasons unknown, the issuance of the Summons was delayed until December 3, 2021. [D.E. 5].

3. On or about December 4, 2021, the Summons and Complaint was transmitted to the process server agency to perfect service on the Defendant.

4. As of January 20, 2022, the undersigned had not received verification of service and contacted the process server agency.

5. On or about January 21, 2022, the Summons and Complaint was assigned to an individual process server for handling.

6.      On or about January 26, 2022, the undersigned contacted the process server agency for an update and in response was advised that the individual process server would be contacted.

7.      On January 31, 2022, the undersigned again contacted the process server agency for an update.  In response, the undersigned was provided with proof of service of the Summons and Complaint and was advised that the affidavit of service was also available in the agency's "portal."  However, at no time prior had the undersigned ever used nor been directed to an agency-client "portal" which may have been the cause for the delay.

8.      Based upon the Return of Service, the Summons and Complaint was served on Defendant on January 27, 2022 and a copy of same has been simultaneously filed with the Clerk. A response to the Complaint will be due by February 17, 2022.

Dated: February 1, 2022                    Respectfully submitted

                                           /s/Barbra A. Stern

                                           Barbra A. Stern, Esquire
                                           Law Offices of Barbra Stern PA
                                           808 E. Las Olas Blvd. Suite 102
                                           Fort Lauderdale, FL 33301
                                           Phone: (954) 743-4710
                                           Direct Dial (954) 239-7249
                                           barbra@sternlawoffice.com
                                           **ATTORNEY(S) FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically on February 1, 2022, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

*/s/ Barbra A. Stern*

Barbra A. Stern, Esquire