THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PARADISO SOLUTIONS, LLC, <br><br> Defendant. | CIVIL ACTION NO. 0:21-cv-62204-WPD <br><br> PATENT CASE |

**<u>JOINT STIPULATION OF DISMISSAL</u>**

Plaintiff Rothschild Broadcast Distribution Systems, LLC and Defendant Paradiso Solutions, LLC, by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counterclaims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: April 8, 2022.                                       Respectfully submitted,

/s/Barbra A. Stern
Barbra A. Stern, Esquire
Law Offices of Barbra Stern PA
808 E. Las Olas Blvd. Suite 102
Fort Lauderdale, FL 33301
Phone: (954) 743-4710
Direct Dial (954) 239-7249
barbra@sterncnslt.com
barbra@sternlawoffice.com

**ATTORNEY(S) FOR PLAINTIFF**

/s/Eleanor T. Barnett
Eleanor T. Barnett, Esq.
Florida Bar No. 0355630
ARMSTRONG TEASDALE LLP
3250 Mary Street, Suite 102
Coconut Grove, Florida 33133
Tel: (305) 371-8809
ebarnett@atllp.com
miamiefiling@atllp.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically on April 8, 2022, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

/s/Barbra A. Stern
Barbra A. Stern, Esquire