UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62204-CIV-DIMITROULEAS

ROTHSCHILD BROADCAST DISTRIBUTION
SYSTEMS. LLC,

    Plaintiff,

vs.

PARADISO SOLUTIONS, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the Parties' Joint Stipulation of Dismissal (the "Joint Stipulation") [DE 23], filed herein on April 8, 2022. The Court has carefully reviewed the Joint Stipulation [DE 23] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation [DE 23] is **APPROVED**;

2. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counterclaims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii); and

3. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 8th day of April, 2022.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record